# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT GENE REGA,            )
                             )
           Plaintiff,        )   Civil Action No. 08-156
                             )
      v.                     )   Judge McVerry
                             )   Magistrate Judge Caiazza
JEFFREY A. BEARD, et al.,    )
                             )
           Defendants.       )

## MEMORANDUM ORDER

This prisoner civil rights suit was commenced on February 4, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 25, 2008, recommended that the Plaintiff's Motion for Preliminary Injunction be denied. A copy of the Report and Recommendation was sent to the Plaintiff by First Class United States Mail to SCI Greene. The parties were allowed ten days from the date of service to file objections. The Plaintiff filed objections on February 29, 2008.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 18<u>th</u> day of <u>April</u>, <u>2008</u>,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction (Doc. 8) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 21), dated February 25, 2008, is adopted as the opinion of the court.

<pre>
                                        s/Terrence F. McVerry
_____                Terrence F. McVerry
                                        U.S. District Court Judge

cc:
ROBERT GENE REGA
FA 4771
S.C.I. at Greene
175 Progress Drive
Wayneburg, PA 15370
</pre>