## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT GENE REGA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **2:08-cv-156** |
| | ) | |
| **JEFFREY A. BEARD, Secretary of the D.O.C.,** | ) | |
| **LOUIS FOLINO, Superintendent of S.C.I.** | ) | |
| **Greene, JEFFREY MARTIN, Caption,** | ) | |
| **BRENDA MARTIN. Capital Case Unit** | ) | |
| **Manager (Retired), PATRICT ODDO,** | ) | |
| **Caption, MICHAEL MUNNICO, Caption,** | ) | |
| **DAVID GRAINEY, Restricted Housing Unit** | ) | |
| **Lieutenant, THOMAS ARMSTRONG,** | ) | |
| **Correctional Sergeant, TODD BARCLAY,** | ) | |
| **Correctional Officer, JODY LEACH,** | ) | |
| **Correctional Officer, LEON MOORE, Prison** | ) | |
| **Health Services Administrator, DIANE** | ) | |
| **MANSON, Prison Health Services,** | ) | |
| **Correctional Admin., MICHELLE LUCAS** | ) | |
| **(C.R.N.P.), JOHN MCANANY (R.N.S.),** | ) | |
| **EDWARD DRISKELL, (L.P.N.) Defendant's** | ) | |
| **in their individual and official capacity, MARY** | ) | |
| **REESE and** | ) | |
| **J. CARAMANNA,** | ) | |
| **Defendants.** | ) | |

## ORDER OF COURT

AND NOW, this 26th day of August, 2009, upon consideration of PLAINTIFF'S

OBJECTIONS TO THE REPORT AND OPINION OF MAGISTRATE CATHY BISSOON

DATED AUGUST 17, 2009 (Document No. 249) in which she granted additional discovery time

to the parties and established a summary judgment filing schedule while denying Plaintiff's

request for telephonic depositions and preservation of evidence due to alternative means of

accomplishing the requested relief,

NOW THEREFORE, the Court finds after due consideration of the Plaintiff's motion and

the rulings by the Magistrate Judge on the subject matter, that the Magistrate Judge's Orders

were not clearly erroneous nor contrary to law and Plaintiff's Objections thereto are

**OVERRULED** and **DISMISSED**.


BY THE COURT:


s/  Terrence F. McVerry
United States District Court Judge




cc:      Douglas B. Barbour, Esquire
         Email: dbarbour@attorneygeneral.gov

         Alan S. Gold, Esquire
         Email: asg@gbrlaw.com

Plaintiff Robert Gene Rega
         FA-4771
         SCI-Greene
         175 Progress Drive
         Waynesburg, PA   15370