**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
ROBERT GENE REGA,            )
                             )
            Plaintiff,       )    Civil Action No. 08-156
                             )
     v.                      )    Judge McVerry
                             )    Magistrate Judge Bissoon
JEFFREY A. BEARD, et al.,    )
                             )
            Defendants.      )
```

## MEMORANDUM ORDER

Robert Rega's Complaint filed pursuant to 42 U.S.C. §1983 was received by the Clerk of Court on February 2, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.  The matter was later assigned to United States Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report, filed on August 26, 2009, recommended that Plaintiff's Motion for Permanent Injunction (Doc. 226) and Motion for Temporary Restraining Order (Doc. 228) be denied.  Plaintiff timely filed objections on September 9, 2009 (Doc. 268).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following ORDER is entered:

AND NOW, this 7th day of October , 2009,

IT IS HEREBY ORDERED that Plaintiff's Motion for Permanent Injunction (Doc. 226) and Motion for Temporary Restraining Order (Doc. 228) are DENIED.  The Report and Recommendation of Magistrate Judge Bissoon (Doc. 256) dated August 26, 2009, is adopted as the opinion of the court.


s/Terrence F. McVerry
Terrence F. McVerry
U.S. District Court Judge


cc:
ROBERT GENE REGA
FA 4771
S.C.I. at Greene
175 Progress Drive
Wayneburg, PA 15370