IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GENE REGA, <br>             Plaintiff, <br> v. <br><br> JEFFREY A. BEARD, Secretary of the D.O.C., LOUIS FOLINO, Superintendent of S.C.I. Greene, JEFFREY MARTIN, Caption, BRENDA MARTIN. Capital Case Unit Manager (Retired), PATRICT ODDO, Caption, MICHAEL MUNNICO, Caption, DAVID GRAINEY, Restricted Housing Unit Lieutenant, THOMAS ARMSTRONG, Correctional Sergeant, TODD BARCLAY, Correctional Officer, JODY LEACH, Correctional Officer, LEON MOORE, Prison Health Services Administrator, DIANE MANSON, Prison Health Services, Correctional Admin., MICHELLE LUCAS (C.R.N.P.), JOHN MCANANY (R.N.S.), EDWARD DRISKELL, (L.P.N.) Defendant's in their individual and official capacity, MARY REESE and J. CARAMANNA, <br>             Defendants. | ) <br> ) <br> ) <br> ) **2:08-cv-156** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF COURT

AND NOW, this 10th day of November, 2009, upon consideration of PLAINTIFF'S OBJECTIONS TO THE REPORT AND OPINION OF MAGISTRATE CATHY BISSOON DATED OCTOBER 14, 2009 (Document No. 287), and it appearing that Magistrate Judge Bissoon's Order of Court is neither clearly erroneous nor contrary to law and, therefore, said Objections are **OVERRULED** and **DISMISSED**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:   ROBERT GENE REGA
      FA 4771
      S.C.I. at Greene
      175 Progress Drive
      Wayneburg, PA 15370

      Magistrate Judge Cathy Bissoon