IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GENE REGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   02:  08-cv-0156 |
| | ) |
| JEFFREY A. BEARD, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER OF COURT

**AND NOW**, this 26th day of March, 2012, upon review of Plaintiff's Motion for a Final Order (Document No. 440) and the Magistrate Judge's Order of March 4, 2008 (Document No. 29), along with Plaintiff's Objections to the Report and Opinion of Magistrate Francis X. Caiazza Dated March 4, 2008 (Document No. 31), this Court finds nothing in that Order that is clearly erroneous or contrary to law.  Plaintiff's Objections are **OVERRULED and DENIED**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:     Robert Gene Rega
        FA 4771
        SCI Greene
        175 Progress Drive
        Wayneburg, PA 15370

        Douglas B. Barbour
        Office of Attorney General
        Email: dbarbour@attorneygeneral.gov