**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT GENE REGA,         )
                                   )
      Plaintiff,          )
                                   )
        v.               )   02: 08-cv-0156
                                   )
                                   )
JEFFREY A. BEARD, et al.,     )
                                   )
      Defendants.      )

**ORDER OF COURT**

**AND NOW**, this 26th day of March, 2012, upon review of Plaintiff's Motion for a Final

Order (Document No. 440) and the Magistrate Judge's Order of March 4, 2008 (Document No.

29), along with Plaintiff's Objections to the Report and Opinion of Magistrate Francis X.

Caiazza Dated March 4, 2008 (Document No. 31), this Court finds nothing in that Order that is

clearly erroneous or contrary to law. Plaintiff's Objections are **OVERRULED and DENIED**.

                                               BY THE COURT:

                                               <u>s/ Terrence F. McVerry</u>
                                               United States District Court Judge

cc:    Robert Gene Rega
       FA 4771
       SCI Greene
       175 Progress Drive
       Wayneburg, PA 15370

       Douglas B. Barbour
       Office of Attorney General
       Email: dbarbour@attorneygeneral.gov